IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

COREY DURAN STEWARD                                                                         PLAINTIFF

v.                                              No. 2:14-CV-02201

DEPUTY KING, Deputy/Jailer S.C.D.C.;
TAULBEY, Shift Sergeant, S.C.D.C.; and
JOHN DOE, Jail Administrator, Sebastian
County Detention Center                                                                     DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 47) from United States Magistrate Judge Mark E. Ford. No objections have been filed, and the deadline for objections has passed. The Magistrate recommends that Defendants' motion (Doc. 39) for summary judgment be granted and that this case be dismissed with prejudice. The Court has reviewed this case and finds that the report is proper, contains no clear error, and should be and herby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 39) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 1st day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE