IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

COREY DURAN STEWARD                                                PLAINTIFF

v.                          No. 2:14-CV-02201

DEPUTY KING, Deputy/Jailer S.C.D.C.;
TAULBEY, Shift Sergeant, S.C.D.C.; and
JOHN DOE, Jail Administrator, Sebastian
County Detention Center                                  DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 1st day of February, 2017.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE